UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL UVALLES, | No. 2:24-cv-3244 AC P |
| Plaintiff, | |
| v. | ORDER |
| J. CAVAGNOLO, et al., | |
| Defendants. | |

By an order filed January 15, 2025, plaintiff was ordered to file a completed in forma pauperis application or pay the filing fee and was cautioned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 4. The thirty-day period has now expired, and plaintiff has not filed an application, paid the fees, or otherwise responded to the court's order. Plaintiff will be given one final opportunity to submit an application or pay the fee.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, plaintiff shall submit an application to proceed in forma pauperis or pay the filing fee. Failure to comply with this order will result in a recommendation that this action be dismissed without further warning.

DATED: March 3, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE